

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'07 MJ 8985**

The person charged as _Jose Gabriel Chavarria-Pulido_ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _Northern District of California with Title 18 United States Code, Section 3583_ in violation of _Supervised Release_

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 12/17/2007.

_Roberto VAZQUEZ_
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: _12-17-07_

_[signature]_
Assistant United States Attorney
JOHN F. WEIS

901970

O 442 (Rev. 6/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

Jose Gabriel Chavarria-Pulido

WARRANT FOR ARREST

Case Number: **CR-04-20184-JW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jose Gabriel Chavarria-Pulido__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  (X) Probation Violation Petition

charging him or her with:

**Violation of Supervised Release**

in violation of Title __18__ United States Code, Section(s) __3583__

| Cita F. Escolano | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* (signature) | 8/13/07, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__    by    __James Ware__
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue



FILED
AUG 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### Petition for Arrest Warrant for Offender Under Supervision

Name of Offender: Jose Gabriel Chavarria-Pulido   Docket No.: CR-04-20184-01 JW

Name of Sentencing Judge: James Ware
United States District Judge

Date of Original Sentence: November 15, 2004

Original Offense:

Count One: Improper Entry by an Alien, 8 U.S.C. § 1325(a), a Class B misdemeanor
Count Two: Improper Entry by an Alien, 8 U.S.C. § 1325(a), a Class E felony

Original Sentence: Thirty (30) months custody consisting of the following: 24 months as to count 2, and 6 months as to count 1 to run consecutively to the term imposed on count 2 for a total term of incarceration of 30 months, one (1) year supervised release
Special Conditions: special assessment $110.00; comply and cooperate with Bureau of Immigration and Customs Enforcement; not illegally re-enter the United States.

Type of Supervision: Supervised Release     Date Supervision Commenced: December 5, 2006
Assistant U.S. Attorney: Matthew A. Lamberti     Defense Counsel: Lara Vinnard Esq. (AFPD)

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Juan Ramirez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05



Jose Gabriel Chavarria-Pulido                                                   Page 2
CR-04-20184-01 JW

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition to not commit another federal, state, or local crime. |

    On or about June 18, 2007, the offender re-entered the United States after being deported, in violation of 8 U.S.C. Section 1326.

    According to the Bureau of Immigration and Customs Enforcement (BICE), the offender was deported to Mexico on December 6, 2006.

    On or about June 18, 2007, the offender re-entered the United States and was found at or near Three Points, Arizona by the United States Border Patrol. The offender failed to obtain permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.

    On June 22, 2007, the offender was sentenced to custody of the Bureau of Prisons for 180 days with credit for time served for violation of 8 U.S.C. § 1325 in the District of Arizona.

    Evidence of this violation can be obtain from the written correspondence from BICE dated December 26, 2006, and the United States District Court District of Arizona docket No. 07-08206-001 M.

NDC-SUPV-FORM 12C(2) 03/23/05

Jose Gabriel Chavarria-Pulido  
CR-04-20184-01 JW

Page 3

Two     There is probable cause to believe that the offender violated the special condition number one which states the defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

According to the Bureau of Immigration and Customs Enforcement (BICE), the offender was deported to Mexico on December 6, 2006.

On or about June 18, 2007, the offender re-entered the United States and was found at or near Three Points, Arizona by the United States Border Patrol. The offender failed to obtain permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.

On June 22, 2007, the offender was sentenced to custody of the Bureau of Prisons for 180 days with credit for time served for violation of 8 U.S.C. § 1325 in the District of Arizona.

Evidence of this violation can be obtain from the written correspondence form BICE dated December 26, 2006, and the District of Arizona docket No. 07-08206-001 M.

Address of offender:     Jose Gabriel Chavarria-Pulido  
In custody

NDC-SUPV-FORM 12C(2) 03/23/05

Jose Gabriel Chavarria-Pulido
CR-04-20184-01 JW

Page 4

Based on the foregoing, there is probable cause to believe that Jose Gabriel Chavarria-Pulido violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Juan Ramirez
U.S. Probation Officer
Date Signed: July 25, 2007

Approved as to form:

_____
Susan Portillo
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant.

☐ Other:

_August 9, 2007_____     _____
Date                              James Ware
                                  United States District Judge

NDC-SUPV-FORM 12C(2) 03/23/05