## Minutes of the United States District Court
### Southern District of California
### DECEMBER 19, 2007

| HON. **PETER C. LEWIS** | DEPUTY CLERK: **T. ROMERO** |
|---|---|

TAPE NO. PCL07-01-10:40-10:41

| 07MJ8985-PCL | USA | vs. | JOSE GABRIEL CHAVARRIA-PULIDO - 10169111 (C) |
|---|---|---|---|
| STATUS CONF RE: REMOVAL | | | DIANE REGAN, FEDERAL DEFENDERS |
| | | | AUSA: JOHN WEIS |

WAIVER FILED

DFT ORDERED REMOVED FORTHWITH

ALL OTHER PENDING COURT DATES ARE VACATED

1 MINUTES