# UNITED STATES DISTRICT COURT

F I L E D

08 FEB -6 AM 9:03

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



RECEIVED

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR-04-20184-JW

W. Samuel Hamrick, Jr.
Clerk of Court                                    DEPUTY

BY:

January 24, 2008

Clerk, U.S. District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:     07mj8985, USA v. Chavarria-Pulido

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal
proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                        Sincerely yours,

                        W. Samuel Hamrick, Jr.
                        Clerk of Court

                        By: J. PARIS
                        , Deputy Clerk